IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON GALLAGHER, et. al., | No. C 04-448 SBA |
| Plaintiffs, | |
| v. | **ORDER** |
| COUNTY OF SAN MATEO, et. al., | [Docket No. 30] |
| Defendants. | |
| _____/ | |

On October 31, 2005, this Court issued an Order granting Plaintiff's Motion for Class Certification. In the October 31, 2005 Order, the Court directed Plaintiff to give notice of the pendency of the class action to members of the classes by publishing the notice in a newspaper of general circulation twice weekly for two weeks within sixty (60) days of the October 31, 2005 Order. Plaintiff was also directed to file with the Court her proposed notice of pendency of class action for the Court's approval.

On November 17, 2005, Plaintiff submitted her Proposed Notice of Pendency of Class Action [Docket No. 30].

Having reviewed the Proposed Notice of Pendency of Class Action,

IT IS HEREBY ORDERED THAT Plaintiff's Proposed Notice of Pendency of Class Action [Docket No. 30] is APPROVED as to form.

IT IS FURTHER ORDERED THAT Plaintiff shall indicate, in the published notice, that the class members must opt out of the class action on or before March 31, 2006.

IT IS SO ORDERED.

Dated: 12/5/02                                    SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge