UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON GALLAGHER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN MATEO, ET AL.,<br><br>　　　　Defendants.<br>_____/ | No. C 04-0448 SBA  (JL)<br><br>CONTINUANCE OF FURTHER SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that due to a change in the Judge's calendar, the further settlement conference previously set for February 2, 2006 at 10:00 a.m., has been continued to **Wednesday, March 15, 2006 at 2:00 p.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

DATED: February 10, 2006

_____
JAMES LARSON
Chief Magistrate Judge

SETTLEMENT CONFERENCE NOTICE　　　　1