UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON GALLAGHER, | No. C 04-0448 SBA  (JL) |
| Plaintiff, | CONTINUANCE OF FURTHER SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER |
| v. | |
| COUNTY OF SAN MATEO, ET AL., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE the further settlement conference previously set for March 15, 2006 at 2:00 p.m., has been continued to **Wednesday, April 5, 2006 at 2:00 p.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

DATED: March 15, 2006

_____
JAMES LARSON
Chief Magistrate Judge

SETTLEMENT CONFERENCE NOTICE                    1