1  Andrew C. Schwartz (State Bar No. 64578)
   Thom Seaton (State Bar No. 62713)
2  **CASPER, MEADOWS, SCHWARTZ & COOK**
   A Professional Corporation
3  California Plaza
   2121 North California Blvd., Suite 1020
4  Walnut Creek, California  94596
   Telephone:   (925) 947-1147
5  Facsimile:    (925) 947-1131

6  Mark E. Merin (State Bar No. 043849)
   **LAW OFFICES OF MARK E. MERIN**
7  2001 P Street, Suite 100
   Sacramento, California  95814
8  Telephone:   (916) 443-6911
   Facsimile:    (916) 447-8336
9
   Attorneys for Plaintiff
10 SHANNON GALLAGHER

11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  SHANNON GALLAGHER, ROBERTA BAUCCIO, GRACE CARLAND, and all others similarly situated, | Case No. **04-0448 SBA** |
| 16 | **STIPULATION TO FILE FIRST AMENDED COMPLAINT AND ORDER** |
| 17              Plaintiffs, | |
| 18       vs. | |
| 19  COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S DEPARTMENT; SAN MATEO COUNTY SHERIFF DON HORSLEY, in his individual and official capacity; SAN MATEO COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 100; and DOES 1 THROUGH, 150 INCLUSIVE, et al., | |
| 23              Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between the parties hereto that Plaintiff SHANNON GALLAGHER may amend her complaint to add as additional named plaintiffs ROBERTA BAUCCIO and GRACE CARLAND, on behalf of themselves and all others similarly situated.

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

Stipulation and (Proposed) Order to File First Amended Complaint                                    Page 1
*Gallagher, et al. v. County of San Mateo, et al.*         USCD Northern District Case No. C04-0448 SBA

Dated: July 17, 2006                                      /s/
                                           Andrew C. Schwartz, Esq.
                                           **CASPER, MEADOWS, SCHWARTZ & COOK**
                                           Attorneys for Plaintiffs

Dated:_____         _____
                                           Mark E. Merin, Esq.
                                           **LAW OFFICES OF MARK MERIN**
                                           Attorneys for Plaintiffs

Dated:_____         _____
                                           Carol Woodward, Esq.
                                           **SAN MATEO COUNTY COUNSEL**
                                           Attorneys for Defendants

         IT IS SO ORDERED.

DATED: 8/9/06

                                           *[signature: Saundra B. Armstrong]*
                                           HONORABLE SAUNDRA B. ARMSTRONG
                                           JUDGE, UNITED STATES DISTRICT
                                           COURT NORTHERN DISTRICT OF
                                           CALIFORNIA

**CASPER, MEADOWS,
SCHWARTZ & COOK**
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

Stipulation and (Proposed) Order to File First Amended Complaint                               Page 2
*Gallagher, et al. v. County of San Mateo, et al.*          USCD Northern District Case No. C04-0448 SBA