1  Mark E. Merin (State Bar No. 043849)
   Cathleen A. Williams (State Bar No. 068029)
2  LAW OFFICES OF MARK E. MERIN
   2001 P Street, Suite 100
3  Sacramento, California  95814
   Telephone:   (916) 443-6911
4  Facsimile:   (916) 447-8336

5  Andrew C. Schwartz (State Bar No. 64578)
   CASPER, MEADOWS, SCHWARTZ & COOK
6  A Professional Corporation
   California Plaza
7  2121 North California Blvd., Suite 1020
   Walnut Creek, California  94596
8  Telephone:   (925) 947-1147
   Facsimile:   (925) 947-1131
9
   Attorneys for Plaintiffs
10
   MICHAEL P. MURPHY, COUNTY COUNSEL, SBN 83887
11 Carol L. Woodward, Deputy, SBN 084197
   Hall of Justice and Records
12 400 County Center, 6th Floor
   Redwood City, CA 94063
13 Telephone: (650) 363-4746
   Facsimile: (650) 363-4034
14
   PORTER SCOTT
15 Terence J. Cassidy, SBN 099180
   350 University Avenue, Suite 200
16 Sacramento, CA 95825
   Telephone: (916) 929-1481
17 Facsimile: (916) 927-3706

18 Attorneys for Defendants

19
                UNITED STATES DISTRICT COURT
20
                NORTHERN DISTRICT OF CALIFORNIA
21

22
   SHANNON GALLAGHER, et al.,              Case No. C 04 0448 SBA
23
           Plaintiffs,                     [PROPOSED] ORDER TO AMEND
24                                         ORDER AND JUDGMENT OF
   vs.                                     DISMISSAL
25
   COUNTY OF SAN MATEO, et al.,
26
           Defendants.
27  _____/

28 / / /

---

1

00845575.W[PROPOSED] ORDER TO AMEND ORDER & JUDGMENT OF DISMISSAL   Case No. C 04-0448 SBA

Based on the Stipulation of the parties, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Order and Judgment of Dismissal, entered by this Court on November 29, 2009, be amended to include the following paragraphs:

11. Gilardi & Company, LLC, Claims Administrators in this action, shall transfer to Plaintiffs' Counsel, Law Office of Mark E. Merin, the funds in Gilardi's account for eligible Claimants for whom settlement checks were issued pursuant to the Settlement Agreement but said checks were returned as "Undeliverable." Plaintiffs' Counsel is directed to deposit these funds into its Client Trust Account and to make all reasonable attempts to locate and contact those eligible Claimants whose settlement checks were returned as undeliverable, obtain current addresses for those eligible Claimants and disburse the designated settlement funds to them.

12. As of December 31, 2011, any remaining unclaimed funds from Claimants whose settlement funds were returned as undeliverable shall escheat to the State of California. Any unclaimed funds that escheat to the State of California shall be delivered to the State of California by Plaintiffs' Counsel in accordance with California Administrative Code §§ 1530 and 1532.

**IT IS SO ORDERED.**

Dated:  1/25/11

_Saundra B. Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
Judge, United States District Court
Northern District of California